## FEDERAL DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Mingsen Zhang,<br>           Plaintiff,<br><br>v.<br><br>The Home Depot, Inc., Yonghe Zheng and John Doe,<br>           Defendants. | )<br>)<br>)<br>)<br>)   CASE NO.: 3:25−CV−02101−SFR<br>)<br>)<br>)<br>)<br>) |

**CONSENTED-TO MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Mingsen Zhang ("Zhang") by and through its undersigned counsel, hereby respectfully moves the Court to extend the deadline for defendants The Home Depot, Inc., Yonghe Zheng and John Doe ("HD et al.") to respond to the complaint. As reasons therefore, Zhang states as follows:

- Zhang initiated this action on December 16, 2025 by filing a complaint against HD et al. alleging infringement and violation of the Unfair Trade Practice Act. *See* ECF 1.

- On January 6, 2026, Zhang requested this court to issue summons on Defendant Home Depot. That next day, the Court issued Electronic Summons. See ECF 10, 11.

- Zhang served the Complaint and Summons on Home Depot on January 9, 2026. As a result, Defendant must answer or otherwise respond by January 30, 2026.

- Counsel for Plaintiff and Defendant have been discussing settlement and need additional time to determine whether an early resolution of this case may be reached through mutual agreement.

- The above parties agree that an additional thirty (30) days will assist in their settlement discussions.

WHEREFORE, for these reasons, Zhang respectfully requests that the Court extend the deadline for defendants HD et al. to answer or otherwise respond to the complaint, up to and including March 1, 2026, and for whatever other relief the Court deems just and equitable.

Dated: January 28, 2026                    */s/Anthony Handal*_____
                                           Anthony H. Handal
                                           HANDAL & MOROFSKY LLC
                                           83 East Avenue
                                           Norwalk, CT 06851
                                           (917) 880-0811
                                           handal@handalglobal.com

                                           *Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I, Anthony H. Handal, hereby certify that this document filed through the ECF system will be sent via email to counsel for Defendants.

Dated: January 30, 2026                    */s/Anthony Handal*_____
                                           Anthony H. Handal