**FEDERAL DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Mingsen Zhang,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br><br>The Home Depot, Inc., Yonghe Zheng and<br>John Doe,<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)　CASE NO.: 3:25−CV−02101−SFR<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mingsen Zhang hereby voluntarily dismisses all claims asserted in this action against Defendants The Home Depot, Inc. and Yonghe Zheng, with prejudice, in accordance with the parties' settlement agreement.

Each party shall bear its own attorneys' fees and costs.

Dated: May 27, 2026

Respectfully submitted,

By: /s/ Anthony H. Handal
HANDAL & MOROFSKY, LLC
Anthony H. Handal
83 East Avenue, Norwalk, CT 06851
(917) 880-0811
handal@handalglobal.com
*Counsel for Plaintiff Mingsen Zhang*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Anthony H. Handal
Anthony H. Handal